UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALIOSHA LAZARO CEBRECO
HERRERA,

      Petitioner,

  v.                                    Case No.:  2:26-cv-00458-SPC-DNF

WARDEN,

      Respondent,

                                    /

## OPINION AND ORDER

Before the Court is Aliosha Lazaro Cebreco Herrera's *pro se* Petition for Writ of Habeas Corpus (Doc. 1).  Cebreco Herrera claims he is unlawfully detained by immigration authorities.  But the petition is unsigned. "Application for a writ of habeas corpus shall be in writing *signed and verified* by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242.

Also, the petition does not identify a respondent.  A habeas petitioner must state "the name of the person who has custody over him and by virtue of what claim or authority, if known."  28 U.S.C. § 2242.  The immediate custodian—i.e., the warden of the detention facility—is normally the only proper respondent in a habeas action, but immigration detention is more complicated.  *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 n.8 (2004) (declining

to decide whether the Attorney General is a proper respondent to a habeas action filed by an alien pending deportation); *see also Masingene v. Martin*, 424 F. Supp. 3d 1298, 1302 (S.D. Fla. 2020) (finding the director of ICE's local field office is a more appropriate respondent than the warden of a state-run detention facility).

For these reasons, Cebreco Herrera's petition is **DISMISSED without prejudice**. Cebreco Herrera may file a signed and verified amended petition within **21 days** of this order. Otherwise, the Court will enter judgment and close this case without further notice.

**DONE AND ORDERED** in Fort Myers, Florida on February 23, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1